UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT GALINDO GONZALEZ,<br><br>           Plaintiff,<br><br>      v.<br><br>C. GUIRBINO,<br><br>           Defendants. | No. 2:14-cv-335-EFB P<br><br><br>ORDER |

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Plaintiff has filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. ECF No. 2.

      Plaintiff alleges that he has been confined to the Security Housing Unit ("SHU") at Corcoran State Prison for over thirteen years. ECF No. 1 ¶ 31. He claims that his confinement in the SHU amounts to cruel and unusual punishment in violation of the Eighth Amendment, and infringes upon his right to practice his religion. *Id.* ¶¶ 31-33, 79-89, 69-78. He also claims he has been retained in the SHU without due process. *Id.* ¶¶ 31-33. He names approximately 22 individuals as defendants. *Id.* ¶¶ 8-30.

      Plaintiff refers to his September 12, 2013 appearance in Sacramento before the Departmental Review Board ("DRB"), which apparently elected to retain him in the SHU. *See id.* ¶¶ 59-68. Plaintiff claims that during these proceedings, the DRB defendants violated his

1  First, Fifth, and Fourteenth Amendment rights. *Id.* ¶ 62.  The bulk of plaintiff's complaint,
2  however, concerns his conditions of confinement in the Corcoran SHU, which is in Kings
3  County, California.  In addition, most of the defendants appear to be located in Kings County.
4      Kings County is in the Fresno Division of the United States District Court for the Eastern
5  District of California.  For the convenience of the parties and witnesses and in the interest of
6  justice, this action will be transferred to the Fresno Division.  Where a civil action has not been
7  commenced in the proper division of a court, the court may, on its own motion, transfer the action
8  to the proper division.  E.D. Cal. Local Rule 120(f); *see also* 28 U.S.C. § 1404(a).
9      Accordingly, it is hereby ordered that:
10     1.  This action is transferred to the Fresno Division.
11     2.  The Clerk of Court shall assign a new case number.
12     3.  All future filings shall bear the new case number and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED:  February 6, 2014.

                        EDMUND F. BRENNAN
                        UNITED STATES MAGISTRATE JUDGE